CHARLES M. HAYMAN, Appellant, v. CITY OF NEW YORK, Respondent.— Action to recover alleged unpaid amounts of salary. Order denying plaintiff's motion for summary judgment and granting defendant's cross motion therefor, affirmed, with ten dollars costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

In the Matter of the Application of ISRAEL BARASCH et al., Respondents, to Compel Delivery of Certain Personal Property by WILHELMINA BARASCH, as Administratrix of the Estate of MORRIS BARASCH, Deceased, Appellant. JOSEPH HAMERMAN, as Special Guardian for RALPH BARASCH, an Infant, Appellant.— Decree of the Surrogate's Court, Queens County, adjudging the respondents to be the owners of and directing delivery to them of certain life insurance policies and savings bank books, reversed on the law and a new trial granted, with costs to abide the event. The witnesses Wilhelmina and Ralph Barasch were competent to testify as to conversations with the decedent relating to the insurance policies in which the petitioner Israel Barasch was designated as beneficiary. (*Ward* v. *N. Y. Life Ins. Co.*, 225 N. Y. 314.) Since their testimony was competent against that petitioner, it should not have been excluded, even though it was not competent against the other petitioners, the beneficiaries of the Totten trusts. (*Jermyn* v. *Searing*, 225 N. Y. 525, 542.) Moreover, the testimony of petitioners Karp and Schwartz failed to demonstrate that the decedent had made gifts *inter vivos* to them of the sums deposited by him in banks in his name as trustee for those petitioners. The widow was, therefore, entitled to attack the transfers in trust as illusory. (*Krause* v. *Krause*, 285 N. Y. 27; *Schnakenberg* v. *Schnakenberg*, 262 App. Div. 234, 237.) Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *post*, p. 905.]

In the Matter of the Adoption of JOSEPH P. BIGGICA, an Infant. PIETRO BIGGICA, Appellant; JOSEPH BIGGICA et al., Respondents.— Appeal from a decree of the Surrogate's Court, Richmond County, denying appellant's application, which has been considered as (1) an application to vacate a decree and for a new trial upon the grounds of newly discovered evidence and that a fraud was practised upon the court, and (2) a petition in a proceeding to vacate an order of adoption. Decree unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.